UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS TOMOSON,<br><br>         Petitioner,<br><br>    v.<br><br>RICHARD MORGAN, ELDON VAIL, ANNE ADAMS, MARGE LITTRELL, and ROBERT PIVER,<br><br>         Respondents. | NO. CV-05-0112-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Leavitt filed a Report and Recommendation on November 14, 2005, recommending that Plaintiff's request for a temporary injunction forbidding the weekend closure of the Airway Heights Correctional Center law library (Ct. Rec. 54) be DENIED. (Ct. Rec. 57).

On November 23, 2005, Plaintiff filed timely objections to the Report and Recommendation. (Ct. Rec. 60). Plaintiff's objection asserts that justice requires reasonable law library access to enable him to present his legal issues to the Court. (Ct. Rec. 60, pp. 3-5). Plaintiff argues that his lack of legal training, coupled with the current limited law library access, establishes he has

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

suffered an "actual injury" demonstrating a violation of his right of access to the courts. (Ct. Rec. 60, pp. 1-2).

Plaintiff acknowledges that he currently has access to the prison library. Plaintiff's objection states that he does in fact have the ability to use the law library during the week for at least three hours and up to nearly 13 hours should his request for extended access be approved.[1] (Ct. Rec. 54, 60). Based on the foregoing, it appears that Plaintiff's access to the law library is not inadequate. Plaintiff has thus failed to demonstrate that his access to the law library has caused an "actual injury," as required by *Lewis v. Casey*.

Furthermore, as noted in the November 14, 2005, Report and Recommendation, the Court is unable to issue any order against individuals who are not parties to a suit pending before it. *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100 (1969). In this case, Plaintiff seeks damages for alleged violations of his due process and equal protection rights, as well as for retaliation, and names as defendants Richard Morgan, Eldon Vail, Anne Adams, Marge Littrell and Robert Piver. (Ct. Rec. 1). Plaintiff's current motion, however, seeks to enjoin Superintendent Miller-Stout, an unnamed party, from implementing a change to policy that would impact Plaintiff's law library access. (Ct. Rec. 54). Accordingly, Plaintiff's motion fails to link any alleged conduct or harm to any of the named parties in this action. In addition, Plaintiff's

---

[1] As previously indicated by Defendants, Plaintiff may request "emergency/extended law library access when he has pending court or statutory deadlines," Plaintiff has used such access in the past and is therefore aware of this option, and, with the approval of emergency/extended access, Plaintiff would have additional access to pursue his claim. (Ct. Rec. 55, p. 2).

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

1  complaint neither contains a cause of action for similar injunctive
2  relief nor contains claims relating to the same or similar issues.
3  Since the complaint in this case does not contain allegations
4  raising issues similar to those presented in the instant motion,
5  there is no controversy present with respect to such issues. Absent
6  such a case or controversy, the Court has no jurisdiction to hear
7  the matter. *Rivera v. Freeman*, 469 F.2d 1159, 1162-1163 (9th Cir.
8  1972).

    Having reviewed the November 14, 2005 Report and Recommendation (Ct. Rec. 57) and Plaintiff's objections to the Report and Recommendation (Ct. Rec. 60), said Report and Recommendation is **ADOPTED** in its entirety.

    **IT IS ORDERED** that Plaintiff's request for a temporary injunction forbidding the weekend closure of the Airway Heights Correctional Center law library (Ct. Rec. 54) is **DENIED**.

    **IT IS SO ORDERED**. The District Court Executive shall forward a copy of this order to Plaintiff and counsel.

    **DATED** this ___20th___ day of December, 2005.

                                        S/Edward F. Shea
                                        EDWARD F. SHEA
                          UNITED STATES DISTRICT JUDGE